IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ORMET CORPORATION, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-10334 (MFW)<br><br>(Jointly Administered)<br><br>**RE: D.I. 224** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING CERTAIN RELATED RELIEF**

PLEASE TAKE NOTICE that on April 15, 2013, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion for an Order: (A) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief** (D.I. 224) (the "Motion"). Attached to the Motion as Exhibit A was a proposed form of sale order (the "Initial Sale Order").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **June 3, 2013 at 2:00 p.m. (ET)** (the "Hearing"), subject to the Debtors' rights to adjourn such hearing.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a revised proposed **Order: (A) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief** (the "Revised Proposed Sale Order"). The Revised Proposed Sale Order incorporates certain comments of, and resolves or adjourns certain objections of, various parties to the Initial Sale Order. The Debtors intend to seek entry of the Revised Proposed Sale Order at the Hearing and reserve their rights to make further changes to such order and to request additional relief regarding the Motion.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Ormet Corporation (2006); Ormet Primary Aluminum Corporation (9779); Ormet Aluminum Mill Products Corporation (9587); Specialty Blanks Holding Corporation (7019); and Ormet Railroad Corporation (0379). The service address for all of the Debtors for purposes of these chapter 11 cases is: 43840 State Route 7, Hannibal, Ohio 43931.

   PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit B** is a redline comparison of the Revised Proposed Sale Order to the Initial Sale Order.

| | |
|---|---|
| Dated: May 31, 2013<br>   Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Erin R. Fay*<br>Robert J. Dehney (No. 3578)<br>Erin R. Fay (No. 5268)<br>1201 N. Market St., 16th Flr.<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone:  302-658-9200<br>Facsimile:  302-658-3989<br><br>-and-<br><br>DINSMORE & SHOHL LLP<br>Kim Martin Lewis, Esq. (OH Bar #0043533)<br>Patrick D. Burns, Esq. (OH Bar #0081111)<br>255 E. 5th St., Ste. 1900<br>Cincinnati, OH  45202<br>Telephone:  513-977-8200<br>Facsimile:  513-977-8141<br><br>*Counsel to Debtors and Debtors In Possession* |