IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Ormet Corporation, et al.[1] | ) Case No. 13-10334 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On October 31, 2014, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of (A) Debtors' Motion for Order (I) Approving Settlement Agreements and (II) Approving the Sale of Remaining Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) Debtors' Motion for Order Dismissing the Bankruptcy Cases and Granting Related Relief** [Attached hereto as **Exhibit B**]

Dated: November 7, 2014

_____
Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of November, 2014, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Ormet Corporation (2006); Ormet Primary Aluminum Corporation (9779); Ormet Aluminum Mill Products Corporation (9587); Specialty Blanks Holding Corporation (7019); and Ormet Railroad Corporation (0379). The service address for all of the Debtors for purposes of these chapter 11 cases is: 43840 State Route 7, Hannibal, Ohio 43931.

# EXHIBIT A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Rine, Derrick K | 3532 Sellers Rd | Middlebourne | WV | 26149-7802 |

In re Ormet Corporation, et al.
Case No. 13-10334 (MFW)

1 of 1