# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ORMET CORPORATION |
| **Case Number:** | 13-10334-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 13, 2014 03:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### *Matter:*

Final Fees

**R / M #:**   1,568 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
- Items 1 through 8 - Continued
- Item 9 - Pending
- Item 10 - Order to be entered once Lowenstein statement is received