IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **ORMET CORPORATION, ET AL.**[1] | ) | Case No. 13-10334 (MFW) |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |

**NOTICE BY WAYZATA INVESTMENT PARTNERS, LLC
OF ABANDONMENT OF EQUITY INTERESTS IN THE DEBTORS**

PLEASE TAKE NOTICE that Wayzata Investment Partners, LLC on behalf of certain of its affiliates (collectively, "Wayzata") has abandoned its equity interests in the outstanding stock and warrants of the Debtors and its creditor interests in the outstanding debt obligations of the Debtors and, in furtherance thereof, respectfully represents as follows:

1. Wayzata held equity interests in the Debtors in the form of stock, of which it holds 8,836,462 shares, and warrants, which provide the right to purchase 3,690,121 shares of stock of the Debtor.[2]

2. Chapter 345 of the Minnesota Statutes generally provides for the delivery or payment of abandoned stock or other intangible interests in a business association to the Minnesota Commissioner where the holder is organized or doing business in and having its last known address in the State of Minnesota.

3. On the date hereof, Wayzata has caused to be delivered to the Minnesota Commissioner of Revenue Notices of Abandonment & Verified Reports of Abandoned Property, attached hereto as **Exhibit A**, (i) notifying the Commissioner of Wayzata's abandonment of its equity interests in the Debtors' stock and warrants and any creditor interests in the outstanding debt obligations of the Debtors, (ii) providing the information necessary to report abandoned property under Minn. Stat. § 345.41, (iii) explaining the manner in which it holds the abandoned

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Ormet Corporation (2006); Ormet Primary Aluminum Corporation (9779); Ormet Aluminum Mill Products Corporation (9587); Specialty Blanks Holding Corporation (7019); and Ormet Railroad Corporation (0379). The service address for all of the Debtors for purposes of these chapter 11 cases is: 43840 State Route 7, Hannibal, Ohio 43931.

[2] Wayzata Opportunities Fund II, L.P. and Wayzata Opportunities Fund, LLC held debt obligations owed to them on account of a prepetition secured term loan, which obligations were credit bid, in part, and released, in remaining part, in connection with the closing of the sale transaction approved by this Court under the *Order (I) Approving Settlement Agreements and (II) Approving the Sale of Remaining Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief* [ECF No. 1554]. For the avoidance of doubt, the portion of those debt obligations not credit bid under in connection with the sale transaction are included in the Notice of Abandonment attached hereto as Exhibit A.

stock of the Debtors and the reasons it cannot deliver a certificate evidencing ownership of such stock, and (iv) delivering duplicates of the abandoned warrants and notes of the Debtors.

4. By filing such Notice of Abandonment, Wayzata has abandoned its equity interests in the Debtors' stock and warrants and its creditor interests in the outstanding debt obligations of the Debtors. Wayzata has claimed and intends to claim such interests as wholly worthless under Sections 165 and 166 of the Internal Revenue Code of 1986, as amended, in the year in which such interests became wholly worthless: with respect to its equity interests in the Debtors' stock and warrants, the taxable year ending December 31, 2013, and the current taxable year with respect to its creditor interests in the outstanding debt obligations of the Debtors.

5. With this Notice, Wayzata notifies this Court and the Debtors of its abandonment of its equity interests in the Debtors' stock and warrants and its creditor interests in the outstanding debt obligations of the Debtors and to permanently surrender and relinquish all of its rights, title and interest to the Debtors' stock and warrants and the debt obligations of the Debtors, including any recovery rights and/or litigation claims with respect thereto.

6. Wayzata files this Notice for disclosure and information purposes only. No relief is sought hereby and no relief from this Court is necessary to effect the abandonment of the stock and debt set forth in the Notice of Abandonment attached hereto as Exhibit A.

Dated:  December 10, 2014  
Wilmington, Delaware

**BLANK ROME LLP**

By:   *s/ Stanley B. Tarr*

Stanley B. Tarr (DE No. 5535)  
1201 Market Street, Suite 800  
Wilmington, DE   19801  
Telephone:  (302) 425-6400  
Facsimile:  (302) 425-6464  
Email: tarr@blankrome.com

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**  
Scott L. Alberino  
1333 New Hampshire Avenue, NW  
Washington, D.C. 20036  
Telephone:  (202) 887-4000  
Facsimile:  (202) 887-4288  
Email:  salberino@akingump.com

*Co-Counsel to Wayzata Investment Partners LLC*

**EXHIBIT A**

**Copy of MN Notices of Abandonment & Verified Reports of Abandoned Property**