IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Ormet Corporation, et al.[1] | ) Case No. 13-10334 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### AFFIDAVIT OF SERVICE

I, Lydia Pastor Nino, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned cases.

On December 18, 2014, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- Order Dismissing the Bankruptcy Cases and Granting Related Relief [Docket No. 1583]

Dated: December 18, 2014

/s/ Lydia Pastor Nino

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of December, 2014, by Lydia Pastor Nino, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Ormet Corporation (2006); Ormet Primary Aluminum Corporation (9779); Ormet Aluminum Mill Products Corporation (9587); Specialty Blanks Holding Corporation (7019); and Ormet Railroad Corporation (0379). The service address for all of the Debtors for purposes of these chapter 11 cases is: 43840 State Route 7, Hannibal, Ohio 43931.

# **EXHIBIT A**

| DESCRIPTION | COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Wayzata Entities and Stalking Horse Purchaser | Akin Gump Strauss Hauer & Feld LLP | Scott Alberino & Joanna F Newdeck | 1333 New Hampshire Ave NW | | | Washington | DC | 20036 | |
| Counsel for J Aron & Company | Ashby & Geddes PA | W P Bowden & K B Skomorucha Owens | 500 Delaware Avenue 8th Floor | PO Box 1150 | | Wilmington | DE | 19899-1150 | |
| Counsel to the Wayzata Entities and Stalking Horse Purchaser | Blank Rome LLP | Stanley B Tarr | 1201 N Market St Ste 800 | | | Wilmington | DE | 19801 | |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer A Professional Corporation | Shawn M Christianson | 55 Second Street 17th Fl | | | San Francisco | CA | 94105-3493 | |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and ServiceWorkers International Union | Cohen Weiss & Simon LLP | Richard M Seltzer & Bruce S Levine | 330 W 42nd St | | | New York | NY | 10036-6901 | |
| Counsel for Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and ServiceWorkers International Union and Counsel for the Ormet Corporation Hourly Retiree Benefit Trust | Cooch and Taylor PA | Susan E Kaufman | 1000 W St 10th Fl | The Brandywine Bldg | PO Box 1680 | Wilmington | DE | 19899 | |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Counsel to the Official Committee of Unsecured Creditors | Elliott Greenleaf | Rafael X Zahralddin Aravena and Shelley A Kinsella | 1105 N Market St Ste 1700 | | | Wilmington | DE | 19801 | |
| Attorney for State of Ohio, Ohio Environmental Protection Agency | Environmental Enforcement Section | Michael E Idzkowski | 30 E Broad St 25th Fl | | | Columbus | OH | 43215 | |
| Counsel for Continental Casualty Company and Continental Insurance Company | Goodwin Procter LLP | Adam Chud | 901 New York Ave NW | | | Washington | DC | 20001 | |
| Counsel for AluChem, Inc. ("AluChem") | Graydon Head & Richey LLP | J Michael Debbeler | 1900 Fifth Third Ctr | 511 Walnut St | | Cincinnati | OH | 45202 | |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | 275 Viger East Ste 400 | | | Montreal | QC | H2X 3R7 | Canada |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Counsel for Iron Mountain Information Management, LLC | Iron Mountain Information Management LLC | Joseph Corrigan | 745 Atlantic Ave 10th Fl | | | Boston | MA | 02111 | |
| Counsel for Hannibal Real Estate, LLC, and Artco Real Estate, LLC | Klehr Harrison Harvey Branzburg LLP | Raymond H Lemisch | 919 Market St Ste 1000 | | | Wilmington | DE | 19801-3062 | |
| Counsel For Ohio Power Company, d/b/a AEP Ohio, and AEP River Operations LLC | Law Firm of Russell R Johnson III PLC | Russell R Johnson III | 2258 Wheatlands Dr | | | Manakin-Sabot | VA | 23103 | |
| Louisiana Department of Environmental Quality | LDEQ | Attn Elliott B Vega and Perry M Theriot | Legal Division | PO Box 4302 | | Baton Rouge | LA | 70821-4302 | |
| Counsel to the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Sharon Levine and S Jason Teele | 65 Livington Ave | | | Roseland | NJ | 07068 | |
| Attorneys for Oracle America Inc | Magnozzi & Kye LLP | Amish R Doshi | 23 Green St Ste 302 | | | Huntington | NY | 11743 | |
| Matheson Tri Gass in Associate General Counsel | Matheson Tri Gas Inc | John B Molnar | 150 Allen Rd Ste 302 | | | Basking Rdg | NJ | 07920 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Interested Party | Ohio Power Company | Marilyn McConnell | American Electric Power | 1 Riverside Plz 29th Fl | | Columbus | OH | 43215 | |
| Counsel for Wells Fargo Capital Finance, LLC and Wells Fargo Bank, National Association | Otterbourg Steindler Houston & Rose PC | Daniel F Fiorillo | 230 Park Ave | | | New York | NY | 10169 | |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Joel W Ruderman & Marc S Pfeuffer | Office of the Chief Counsel | 1200 K St NW Ste 340 | | Washington | DC | 20005-4026 | |
| Counsel for CCP ORMT Acquisition, LLC | Pepper Hamilton LLP | David B Stratton | Hercules Plaza Ste 5100 | 1313 N Market St | PO Box 1709 | Wilmington | DE | 19801-1709 | |
| Counsel to Bernhard Brothers Mechanical Contractors, LLC | Polsinelli PC | Christopher A Ward and Justin K Edelson | 222 Delaware Ave Ste 1101 | | | Wilmington | DE | 19801 | |
| Counsel for Hannibal Real Estate, LLC | Pryor Cashman LLP | Richard Levy Jr | 7 Times Sq | | | New York | NY | 10036-6569 | |
| Counsel to Environmental Liability Transfer Inc | Rausch Law Firm LLC | Christopher J Rausch | 16713 Wild Horse Creek Rd | | | Chesterfield | MO | 63005 | |
| Counsel for Almatis Inc and Its Affiliates | Richards Layton & Finger PA | Mark D Collins & L Katherine Good | 920 N King St | | | Wilmington | DE | 19801 | |
| Interested Party | Ricoh Americas Corporation | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | | Macon | GA | 31210 | |
| Interested Party | Riverside Claims LLC | | PO Box 626 | Planetarium Station | | New York | NY | 10024 | |
| Attorneys for the Ormet Corporation Hourly Retiree Benefit Trust | Schwarzwald McNair & Fusco LLP | David M Fusco | 616 Penton Media Bldg | 1300 E 9th St | | Cleveland | OH | 44114-1503 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Sharon Binger Regional Director | One Penn Center | 1617 JFK Blvd Ste 520 | | Philadelphia | PA | 19103 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | | New York | NY | 10281-1022 | |
| Counsel for Buck Consultants LLC | Singer & Levick PC | Michelle E Shriro | 16200 Addison Rd Ste 140 | | | Addison | TX | 75001 | |
| Counsel For Ohio Power Company, d/b/a AEP Ohio, and AEP River Operations LLC | Stevens & Lee PC | John D Demmy | 1105 N Market St 7th Fl | | | Wilmington | DE | 19801 | |
| Counsel for J Aron & Company | Stroock & Stroock & Lavan LLP | Harold A Olsen | 180 Maiden Ln | | | New York | NY | 10038-4982 | |

Exhibit A

| DESCRIPTION | COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Arrowpoint Capital; and Counsel to Environmental Liability Transfer Inc | Sullivan Hazeltine Allinson LLC | William D Sullivan & Elihu E Allinson III | 901 N Market St Ste 1300 | | | Wilmington | DE | 19801 | |
| Counsel for Steelworkers Pension Trust | Tucker Arensberg PC | Neil J Gregorio | 1500 One PPG Place | | | Pittsburgh | PA | 15222 | |
| Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and ServiceWorkers International Union | United Steelworkers | David R Jury | Associate General Counsel | Five Gateway Center Rm 807 | | Pittsburgh | PA | 15222 | |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Counsel for CCP ORMT Acquisition, LLC | Vedder Price | Michael J Edelman | 1633 Broadway 47th Fl | | | New York | NY | 10019 | |
| Counsel for CCP ORMT Acquisition, LLC | Vedder Price | Michael J Edelman | 222 N LaSalle St | | | Chicago | IL | 60601 | |
| Counsel for Almatis Inc and Its Affiliates | Weil Gotshal & Manges LLP | Stephen Karotkin and Frank Grese | 767 Fifth Ave | | | New York | NY | 10153 | |
| Counsel for Wells Fargo Capital Finance, LLC and Wells Fargo Bank, National Association | Womble Carlyle Sandridge & Rice LLP | Francis A Monaco Jr | 222 Delaware Ave Ste 1501 | | | Wilmington | DE | 19801 | |